**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 8, 2015

Hon. Kirk Dockery
Donaho & Dockery PC
PO Box 459
Floresville, TX 78114-0459
* DELIVERED VIA E-MAIL *

Hon. Jason Jakob
Diaz Jakob, LLC
115 E. Travis
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00150-CV
Tr.Ct.No. 10-10-0579-CVW
Style:     Tracie Marie Scheffler f/k/a Tracie Marie Parson v. Paul Michael Parson


     Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court.  The brief has been ordered filed as of July 2, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch